**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

-vs-                                          Case # 5:17cr33-001

GUSTAVO CRUZ-SANTIAGO

USM # 25814-017

Defendant's Attorney:
Jessica Casciola (AFPD)
30 West Government Street
Panama City, Florida  32301

_____

**JUDGMENT IN A CRIMINAL CASE**

The defendant pleaded guilty to count 1 of the indictment on January 11, 2018. Accordingly, IT IS ORDERED that the defendant is adjudged guilty of such count which involves the following offense:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 8 U.S.C. §§ 1326(a)(1) and 1326(b)(1) | Unlawful Reentry into the United States Following Deportation, | October 11, 2017 | 1 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence:
January 19, 2018

s/Robert L. Hinkle
United States District Judge
January 19, 2018

## **IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **6 months.**

**No term of supervised release is imposed.**

The Court recommends to the Bureau of Prisons **in order of priority**:

> **The defendant was detained by Immigration and Customs Enforcement in California. He was transported to Florida for appearance on a state charge. He was sentenced in state court and served the sentence in state custody. He was released to ICE or other immigration officials and detained for perhaps five days before entering federal custody in connection with this offense. To the extent allowed by law, the Bureau of Prisons should give the defendant credit for all time in detention that was not credited on the state sentence, including time in detention before delivery to state authorities and time in detention after serving the state sentence before imposition of this federal sentence. The time for which the defendant should receive credit includes time in detention by immigration authorities.**

The defendant is remanded to the custody of the United States Marshal.

## **RETURN**

I have executed this judgment as follows:
_____

_____


Defendant delivered on _____ to _____

at _____, with a certified copy of this

judgment.

                                    _____
                                    UNITED STATES MARSHAL


                                By:_____
                                        Deputy United States Marshal

Case No. 5:17cr33-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

| ASSESSMENT | JVTA* ASSESSMENT | FINE | RESTITUTION |
|---|---|---|---|
| $100.00 | -0- | -0- | -0- |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows: immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Case No. 5:17cr33-001